
# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.  CASE NO.: 4:03-CR-061-SPM

**MELVIN MARTIN,**

　　　**Defendant.**
_____/

## ORDER CONTINUING TRIAL AND SETTING HEARING
## ON "REQUEST FOR INQUIRY"

**THIS CAUSE** comes before the Court upon the "Second Notice of Schedule Conflict and Agreed Motion to Continue Trial" (doc. 19) and the "Request for an Inquiry" (doc. 18), both filed June 21, 2005. In addition to the valid grounds cited by the Government in its motion to continue, the Court finds a continuance to be appropriate because of Defendant's expressed dissatisfaction with counsel. The Public Defender has requested that the Court make an inquiry of Defendant and determine whether he should be appointed new counsel.

The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.　The motion to continue (doc. 19) is hereby *granted*.

2. Trial is reset for **Monday, July 18, 2005** at **8:30am** at the United States Courthouse in Tallahassee, Florida.

3. The request for inquiry (doc. 18) is hereby *granted*.

4. A hearing on the request for inquiry shall be held at **noon** on Wednesday, **June 29, 2005**.

**DONE AND ORDERED** this <u>twenty-second</u> day of June, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao

Case No.: 4:03-cr-061-SPM