IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                      **CASE NO.: 4:03-CR-061-SPM**

**MELVIN MARTIN,**

      **Defendant.**
_____/

### ORDER DISCHARGING COUNSEL AND APPOINTING NEW
### CJA COUNSEL FOR DEFENDANT

**THIS CAUSE** comes before the Court upon the Request for Inquiry" (doc. 18) filed June 21, 2005.  At a hearing on the motion, the Court heard from both Defendant and his counsel and found that the motion to withdraw should be granted and that new counsel should be appointed for Defendant.  The Office of the Public Defender has provided the name of a CJA attorney willing and able to take on this case.  For good cause shown, it is therefore

**ORDERED AND ADJUDGED** as follows:

1. The motion to withdraw/notice of inquiry (doc. 18) is hereby *granted* and Randy Murrell is hereby discharged from this case.

2. Gary Lee Printy, 1804 Miccosukee Commons Drive, Suite 200, Tallahassee, FL 32308, (850) 877-7299, a member in good

standing of the Florida Bar and the Northern District of Florida Bar, is hereby appointed to represent Defendant.

3. Trial has been set for **Monday, July 18, 2005** at the United States Courthouse in Tallahassee, Florida.

**DONE AND ORDERED** this sixth day of July, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao