**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                              **4:03cr61-SPM/AK**

**MELVIN T. MARTIN,**

      **Defendant.**

_____/

**REPORT AND RECOMMENDATION**

Presently before the Court is Defendant's *pro se* § 2255 motion in which Defendant

challenges the execution of his sentence by the Bureau of Prisons.  Doc. 58.  He does not claim

that his conviction or sentence is unconstitutional or otherwise in violation of federal law.

Instead, he complains that the BOP has refused to give him credit for time he served in state

prison after the Court ordered that his federal sentence was to run concurrently with his state

court sentence which has now been completed.  Consequently, the Court is without jurisdiction

to entertain this motion, which must be filed under 28 U.S.C. § 2241 in the district of

confinement.  *Fernandez v. United States*, 941 F.2d 1488, 1495 (11th Cir.1991) (§ 2241 petitions

may be brought only in district court for district in which inmate is incarcerated).  The motion to

vacate should therefore be denied.  The Court notes that Defendant has also requested

amendment of the judgment, Doc. 53, and moved for credit under 5G1.3(b), Doc. 54, both of

which are related to the issue of credit for the service of the state court sentence.  The

Government has submitted evidence in connection with the latter motion which indicates that the

issue has been resolved, and that Defendant has been given credit for the time he served in state

custody.  *See* Docs. 56 & 57.

In light of the foregoing, it is respectfully **RECOMMENDED** that Defendant's motion

to vacate, Doc. 58, be **DENIED WITHOUT PREJUDICE**.

**IN CHAMBERS** at Gainesville, Florida, this   *20ᵗʰ*   day of April, 2009.


*s/ A.  KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**