**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            CASE NO.: 4:03-CR-061-SPM

MELVIN MARTIN,

       Defendant.
_____/

## ORDER DENYING MOTION FOR REDUCTION OF SENTENCE

Pending before the Court is Defendant's motion for reduction of sentence under Title 18, United States Code, Section 3582(c)(2). As grounds for his motion, Defendant relies on the amendment to section 5G1.3(b) of the sentencing guidelines. Defendant argues that he should receive credit for the jail time he served in state prison. On October 8, 2008, this Court issued an amended judgment stating that Defendant's 207 month federal sentence should run concurrent with his state sentence. To date, the Bureau of Prisons has not credit Defendant with his state sentence time. Defendant now requests that this Court vacate his sentence and issue a new sentence that incorporates a reduction for the time served in state prison, in accordance with Section 5G1.2(b) of the United States Sentencing Guidelines.

However, the Government responded that since Defendant's motion was

filed, the Bureau of Prisons has adjusted Defendant's sentence calculation in accordance with defendant's request and this Court's amended judgment. Therefore, this issue had been resolved through the coordination efforts of the Government and the Bureau of Prisons. Petitioner appears to have received the relief requested in his motion. Accordingly, it is hereby

ORDERED AND ADJUDGED that Defendant's motion to render credit (doc. 54) is ***denied as moot***.

DONE AND ORDERED this twenty-third day of April, 2009.

s/ Stephan P. Mickle

Stephan P. Mickle
United States District Judge