IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:03cr61-MW/GRJ

MELVIN T. MARTIN,

    Defendants.

_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No.65, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 68. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to vacate pursuant to 28 U.S.C. § 2255, ECF No. 63 is **DENIED** as untimely. Moreover, a certificate of appealability is **DENIED**."

1

The Clerk shall close the file.

    **SO ORDERED on August 4, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
